IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:12-cr-109-DPM-3

BRADLEY ALLAN HAWKS                                         DEFENDANT

ORDER

Unopposed motion, № 114, granted. The Court will hold Hawks's petition in abeyance until the United States Court of Appeals for the Eighth Circuit decides *Leon Robinson v. United States*, No. 16-4038. Hawks must file a notice when the mandate issues in that case.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

8 November 2016