# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                    RESPONDENT

v.                              No. 4:12-cr-109-DPM-3

BRADLEY ALLAN HAWKS                                         PETITIONER

## JUDGMENT

Hawks's § 2255 petition is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

24 July 2020