**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**V. No. 4:12-CR-00109-03-DPM-ERE**

**BRADLEY ALLAN HAWKS**

# ORDER

Today the Court made a third attempt to have an initial appearance for Defendant Bradley Hawks on a supervised release revocation pursuant to Fed. R. Crim. P. 32.1. Mr. Hawks again tested presumptively positive for methamphetamine and amphetamine, despite having been in custody since November 1, 2026. The Government requested a mental health evaluation and tendered Government's Exhibit 1, a text message exchange in which a friend of Mr. Hawks' raised concern for his mental state. Mr. Hawks' lawyer deferred to the Court but acknowledged issues with her ability to communicate with Mr. Hawks. The Court also observed Mr. Hawks' apparent confusion.

The Government's oral motion for psychiatric evaluation under 18 U.S.C. §§ 4241(a) and 4242(a) is GRANTED.

Accordingly, Bradley Hawks is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where a competency evaluation will be performed. The United States

Marshal for the Eastern District of Arkansas is directed to immediately notify the Court upon receipt of Defendant's facility designation. Pursuant to 18 U.S.C. §§ 4241, 4242, and 4247(b)-(c), Mr. Hawks should be remanded to the custody of the Attorney General or his authorized representative for no more than forty-five (45) days for an examination pursuant to 18 U.S.C. §§ 4241 and 4242.

SO ORDERED 18 November 2026.

UNITED STATES MAGISTRATE JUDGE